IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRO SE CIVIL COMPLAINT

Case No. 4:11cv3125

(the court will assign a number)

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 2 5 2011

OFFICE OF THE CLERK

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will not consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):     Address(es):     Telephone No. (only if you are NOT a prisoner)

now > Waijatealagi Jonee    #508 545 No Riley St., Hot Springs, SD 57747    605-745-3626

then > Suzette E. Techacer    ✓same    ✓same

B. Defendant(s) Name(s):     Address(es) If known:

Dean S. Forney, Att.    Alliance, Ne

(Attach extra sheets if necessary.)

Page 1 of 6

```
STATE OF SOUTH DAKOTA          FILED           IN CIRCUIT COURT
                          :SS
COUNTY OF SHANNON              )   DEC 12 2003  SEVENTH JUDICIAL CIRCUIT
                              SOUTH DAKOTA UNIFIED JUDICIAL SYSTEM
                              7TH CIRCUIT CLERK OF COURT
```

IN THE MATTER OF THE CHANGE OF                CIV. 02-90(S)
THE NAME OF
SUZETTE ELIZABETH TSCHACHER       *      ORDER CHANGING NAME
TO WAYA TSALAGI JONES             *
                                  *

The above-entitled matter having come on regularly to be heard before the Court in the courtroom of the Fall River County Courthouse in Hot Springs, South Dakota on the 12th day of December, 2003, at 2:00 o'clock p.m.

The petitioner being personally present and with her counsel, Michael P. Ortner, and this Court having heard the testimony of the petitioner and having examined the filed herein and the Court finding that notice of the hearing has been given as required by SDCL 21-37-4 and that the allegations of the petition are true and that there exists proper and reasonable cause for changing the name of the petitioner,

NOW, THEREFORE, the Court being fully advised in the premises does hereby:

ORDER that the legal name of Suzette Elizabeth Tschacher, born January 10, 1948 in Waco, Texas is hereby changed to the name of Waya Tsalagi Jones.

Dated this 12th day of December, 2003.

BY THE COURT:

_____
JOHN J. DELANEY
CIRCUIT COURT JUDGE

ATTEST:
_____
Carol E. Foster
Clerk of Courts
(SEAL)

State of South Dakota } Seventh Judicial
County of Fall River  }   Circuit Court
I hereby certify that the foregoing instrument is a true and correct copy of the original as the same appears on record in my office this

DEC 15 2003

CAROL E. FOSTER
Clerk of Courts, Fall River County

By_____ Deputy

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

**A.  When did the events occur?**

Dec. 23, 1981

**B.  What happened?**

Att. L.P. Dobrovolny was and did Deliberately Deceive Bret Tschacher when he "advised" him, in private, to plead guilty "If you plead guilty, it will go easier on you"... Sept 22-81 - Oct 20-81 Then in December Attorney took over Mr. Tschacher's defense while, "He Knew", that now the Prosecuting Attorney was L.P. Dobrovolny "who had "Prior Knowledge" of Mr. Bret Tschacher's case! Illegal! He Knew about the Pardon!

1

## II. STATEMENT OF CLAIM(S) (continued)

Nebraska State Judge R. Moran, who gave Bret Tschacher a Court Ordered Pardon <— was Repeatedly "Discredited" by, Judge Silverman, Attorney, Att. Dobrovolny, Judge Kopf, Steven Russell, John Vander Slice, Att, State Trooper J. Digmann, and the dispatch personnel on duty, also Trooper Downing #255..

In 1984 Judge R. Moran had Full Athoritys to write and give a Full Pardon to "anyone" in his court! The "Brady Bill" when into effect AFTER, in Late of 1999 (Sept)... Even so, This Pardon, Should not be Sepressed from the courts - Any Court! These people "all" Knew about this Pardon! Mr. Tschacher was NOT / IS NOT a Felon —> Not Then and Certinly NOT Now!

2)

## II. STATEMENT OF CLAIM(S) (continued)

Why? having Knowledge of the Law, after Bret's Grandfather died and after Judge R. Moran died - who gave the Pardon - And Both - were Masons, Did "They All" suddenly, turn on Bret Tschacher, his wife, home, there like, why? Money? More Power? And to Totally Ignore and to Discredit a Judge of Nebraska - who is dead & can no longer speak for himself - How sick & distasteful is That!?

### III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____ United States or a federal official or agency is a party

__✓__ Claim arises under the Constitution, laws or treaties of the United States

__✓__ Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_____ Other basis for jurisdiction in federal court (explain below)

### IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

*State of Nebraska Attorney*

## V. RELIEF

State briefly what you want the court to do for you.

Restore all Rights to Bret Techacher
Pay Full Restitution for 11 years
Retract all false lies & Speak Truth!
Seal all Records

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes _____     No __X__

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Need to File!

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY ✓   JUDGE _____

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:   Signature(s) of Plaintiff(s):

2-20-11   Waya Tsalagi Jones

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**

Page 6 of 6